1  LUPE MARTINEZ, CSB 49620
   Attorney at Law
2  1010 West Taylor Street
   San Jose, California 95126
3  (408) 971-4249
   FAX (408) 286-5705
4  martinez-luna@sbcglobal.net

5
   Attorneys for Defendant
6  MIGUEL ANGEL VILLA

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      (San Jose Division)

11
   UNITED STATES OF AMERICA,            ) CR-08-00869-F
12                                      )
                      Plaintiff,        ) STIPULATION TO
13                                      ) TEMPORARILY RELEASE
                                        ) DEFENDANT TO THE CUSTODY
14                                      ) OF THE SANTA CLARA COUNTY
          v.                            ) SHERIFF
15                                      )
   MIGUEL ANGEL VILLA,                  ) [~~PROPOSED~~] ORDER
16                                      )
                      Defendant.        )
17 _____

18     Defendant and the government through their respective parties hereby agree and

19 stipulate as follows:

20     1. Defendant Miguel Angel Villa is a United States Marshal prisoner in the above-

21 entitled case (hereafter "federal case") at the Santa Clara County Jail, Booking No.

22 08073056, PFN: DOZ 224 M. His federal register number is 11034-111.

23     2. Defendant Miguel Angel Villa is also the defendant in the case entitled *People of the*

24 *State of California v. Miguel Angel Villa*, Case No. CC 22553 (hereafter "state case")

25 presently set for hearing in the Santa Clara County Superior Court on May 15, 2009 at 1:30

26
   Stipulation Re: Temporary Release of         - 1 -
   Defendant to Santa Clara County
   Sheriff; Order

1  p.m., before the Honorable Kurt Kumli, on Mr. Villa's motion to withdraw the guilty plea
2  Mr. Villa entered in the state case on October 22, 2009. Undersigned defense counsel Lupe
3  Martinez represents Mr. Villa in Case No. CC 22553.
4      3. On April 6, 2009, Santa Clara County Superior Court Judge Kurt Kumli issued an
5  order directing the Santa Clara County Sheriff to take custody of Mr. Miguel Angel Villa to
6  attend the hearing set in the state case for May 15, 2009 at 1:30 p.m. in Department 45 on the
7  motion to withdraw the guilty plea. A copy of the order is attached as Exhibit A and
8  incorporated herein as part of this stipulation and order.
9      4. The United States Marshal may temporarily release defendant Miguel Angel Villa to
10 the custody of the Santa Clara County Sheriff's Office to attend the hearing set for May 15,
11 2009, in the state case, *People of the State of California v. Miguel Angel Villa*, Case No. CC
12 22553.
13     5. At all times defendant is temporarily released on May 15, 2009 to the custody of the
14 Santa Clara County Sheriff to attend proceedings in the state case, *People of the State of*
15 *California v. Miguel Angel Villa*, Case No. CC 22553, the United States Marshal for the
16 Northern District of California shall place a detainer on defendant at the Santa Clara County
17 Jail and immediately resume custody of the defendant upon conclusion of the state case
18 proceedings on May 15, 2009.
19     So stipulated.

Date: April __10__, 2009

_____
LUPE MARTINEZ
Attorney for Defendant Miguel Angel Villa

Date: April __16__, 2009

_____
GRANT P. FONDO
Assistant United States Attorney

Stipulation Re: Temporary Release of          - 2 -
Defendant to Santa Clara County
Sheriff; Order

## ORDER

The Court having considered the within stipulation of counsel and the April 6, 2009 order issued by Santa Clara County Superior Court Judge Kurt Kumli, referenced in the stipulation of counsel and attached hereto as Exhibit A, and

GOOD CAUSE APPEARING,

IT IS ORDERED that upon the request by the Santa Clara County Sheriff, the United States Marshal for the Northern District of California shall temporarily release defendant Miguel Angel Villa to the custody of the Santa Clara County Sheriff to attend a hearing on for May 15, 2009, at 1:30 p.m. before the Honorable Kurt Kumli, Santa Clara County Superior Court Judge, in the state case entitled *People of the State of California v. Miguel Angel Villa*, Case No. CC 22553.

IT IS FURTHER ORDERED that at all times defendant is in the custody of the Santa Clara County Sheriff to attend proceedings in the state case, *People of the State of California v. Miguel Angel Villa*, Case No. CC 22553, the United States Marshal for the Northern District of California shall place a detainer on defendant at the Santa Clara County Jail and immediately resume custody of the defendant upon conclusion of the proceedings in the state case on May 15, 2009.

IT IS FURTHER ORDERED that the Clerk of the Court for the Northern District of California shall forward a copy of this order to the United States Marshal's Service for the Northern District of California.

Dated: April 27, 2009

HONORABLE PATRICIA V. TRUMBULL
United States District Judge

Stipulation Re: Temporary Release of
Defendant to Santa Clara County
Sheriff; Order

- 3 -

ENDORSED
FILED

2009 APR -6  P 3: 21

David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara, California
By: P. ABOGADO
Deputy Clerk

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiff <br><br> vs <br><br> MIGUEL ANGEL VILLA <br><br> Defendant. | Dept. No. 45 <br><br> No. CC 822553 <br><br> [PROPOSED] ORDER FOR TEMPORARY REMOVAL OF PRISONER |

ORDER FOR TEMPORARY REMOVAL OF FEDERAL PRISONER
AND FOR HIS PRODUCTION AS A WITNESS

TO THE SHERIFF OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA:

It appearing to this court from the declaration of Lupe Martinez, counsel for the above-named prisoner, that there is now pending a criminal action involving the above-named prisoner wherein the prisoner hereinafter named is a necessary and material witness; that the testimony of said prisoner is material and necessary thereto; that the prisoner is presently confined as a United States Marshal's prisoner at the Santa Clara County Main Jail; that the sentence of said prisoner will not expire before the trial and hearing of the federal criminal action for which the prisoner is in the custody of the United States Marshal; and good cause appearing therefor,

IT IS HEREBY ORDERED that the said prisoner be temporarily removed from said the Santa Clara County Main Jail and produced as a witness as follows:

//

Application for Temporary Removal of
Prisoner ;
Order

4

1. **Prisoner's Name:** Miguel Angel Villa

2. **Confined at:** Santa Clara County Main Jail, 885 North San Pedro Street San Jose, CA 95110, Booking No. 08073056, PFN: DOZ 224.

3. **Place, date, and time prisoner is to be produced as a witness:** May 15, 2009 at 1:30 p.m., Department No. 45 before the Honorable Kurt Kumli, Judge of the Superior Court.

IT IS FURTHER ORDERED that the Sheriff of the County of Santa Clara County State of California, proceed to the Santa Clara County Main Jail, San Jose, California, herein-above named and temporarily remove the said prisoner therefrom and produce him as a witness in said criminal action as aforesaid and safely keep the prisoner in custody, and when said prisoner shall no longer be required as a witness as aforesaid, that the said Sheriff return the said prisoner to the above-named to the custody of the United States Marshal at the Santa Clara County Main Jail.

Date: April 6, 2009

Judge Kurt E. Kumli
HONORABLE KURT KUMLI
Judge of the Superior Court

ATTEST: David H. Yamasaki
County Clerk

By P. ABOGADO
Deputy County Clerk

Application for Temporary Removal of Prisoner ; Order

5