FILED

MAY 21 2009

NOR~~~~~~~~~~~NG
~~~~~~~~~~~ OURT
~~~~ SAN JOSE CALIFORNIA

1  LUPE MARTINEZ, CSB 49620
   Attorney at Law
2  1010 West Taylor Street
   San Jose, California 95126
3  (408) 971-4249
   FAX (408) 286-5705
4  martinez-luna@sbcglobal.net

5

6  Attorneys for Defendant
   MIGUEL ANGEL VILLA

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    (San Jose Division)

11

12  UNITED STATES OF AMERICA,          )   CR-08-00869-F
                                       )
13                      Plaintiff,     )   STIPULATION TO
                                       )   TEMPORARILY RELEASE
14                                     )   DEFENDANT TO THE CUSTODY
                                       )   OF THE SANTA CLARA COUNTY
15      v.                             )   SHERIFF
                                       )
16  MIGUEL ANGEL VILLA,                )   [PROPOSED] ORDER
                                       )
17                      Defendant.     )
    _____)

18        Defendant and the government through their respective parties hereby agree and

19  stipulate as follows:

20        1. Defendant Miguel Angel Villa is a United States Marshal prisoner in the above-

21  entitled case (hereafter "federal case") at the Santa Clara County Jail, Booking No.

22  08073056, PFN: DOZ 224 M.  His federal register number is 11034-111.

23        2. Defendant Miguel Angel Villa is also the defendant in the case entitled *People of the*

24  *State of California v. Miguel Angel Villa*, Case No. CC 22553 (hereafter "state case").

25  Undersigned defense counsel Lupe Martinez represents Mr. Villa in Case No. CC 22553.

26

Stipulation Re: Temporary Release of              - 1 -
Defendant to Santa Clara County
Sheriff; Order

1    3. On May 15, 2009, Superior Court Judge Kurt Kumli vacated entry of Mr. Villa's

2    guilty plea in Case No. CC 22553 and continued the case for a pretrial conference in on June

3    3, 2009 in Department 48 of the Santa Clara County Superior Court. on June 3, 2009  at 1:30

4    p.m., Department 48. before the Honorable Kurt Kumli, on Mr. Villa's motion to withdraw

5    the guilty plea Mr. Villa entered in the state case on October 22, 2009.

6    4. On May 19, 2009, Santa Clara County Superior Court Judge Kurt Kumli issued an

7    order directing the Santa Clara County Sheriff to take custody of Mr. Miguel Angel Villa to

8    attend the hearing set in the state case set for June 3, 2009 at 1:30 p.m. in Department 48 for

9    a pretrial conference.  A copy of the order is attached as Exhibit A and incorporated herein as

10   part of this stipulation and order.

11   5. The United States Marshal may temporarily release defendant Miguel Angel Villa to

12   the custody of the Santa Clara County Sheriff's Office to attend the hearing set for June 3,

13   2009 at 1:30 p.m., in the state case, *People of the State of California v. Miguel Angel Villa*,

14   Case No. CC 22553.

15   6. At all times defendant is temporarily released on June 3, 2009 to the custody of the

16   Santa Clara County Sheriff to attend proceedings in the state case, *People of the State of*

17   *California v. Miguel Angel Villa*, Case No. CC 22553, the United States Marshal for the

18   Northern District of California shall place a detainer on defendant at the Santa Clara County

19   Jail and immediately resume custody of the defendant upon conclusion of the state case

20   proceedings on June 3, 2009.

21   So stipulated.

22   Date: May 20   , 2009

23                                            LUPE MARTINEZ
                                             Attorney for Defendant Miguel Angel Villa
24   Date: May 20   , 2009

25                                            GRANT P. FONDO
                                             Assistant United States Attorney
26

Stipulation Re: Temporary Release of          - 2 -
Defendant to Santa Clara County
Sheriff; Order

**ORDER**

The Court having considered the within stipulation of counsel and the May 19, 2009 order issued by Santa Clara County Superior Court Judge Kurt Kumli, referenced in the stipulation of counsel and attached hereto as Exhibit A, and

GOOD CAUSE APPEARING,

IT IS ORDERED that upon the request by the Santa Clara County Sheriff, the United States Marshal for the Northern District of California shall temporarily release defendant Miguel Angel Villa to the custody of the Santa Clara County Sheriff to attend a hearing on for June 3, at 1:30 p.m. in Department 48 of the Santa Clara County Superior Court Judge to attend a pretrial conference in the case entitled *People of the State of California v. Miguel Angel Villa*, Case No. CC 22553.

IT IS FURTHER ORDERED that at all times defendant is in the custody of the  Santa Clara County Sheriff to attend proceedings in the state case, *People of the State of California v. Miguel Angel Villa*, Case No. CC 22553, the United States Marshal for the Northern District of California shall place a detainer on defendant at the Santa Clara County Jail and immediately resume custody of the defendant upon conclusion of the proceedings in the state case on June 3, 2009.

IT IS FURTHER ORDERED that the Clerk of the Court for the Northern District of California shall forward a copy of this order to the United States Marshal's Service for the Northern District of California.

Dated: May  2 / , 2009

HONORABLE PATRICIA V. TRUMBULL
United States District Judge

Stipulation Re: Temporary Release of          - 3 -
Defendant to Santa Clara County
Sheriff; Order