LUPE MARTINEZ, CSB 49620
Attorney at Law
1010 West Taylor Street
San Jose, California 95126
(408) 971-4249
FAX (408) 286-5705
martinez-luna@sbcglobal.net

Attorneys for Defendant
MIGUEL ANGEL VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MIGUEL ANGEL VILLA,<br><br>　　　　　　Defendant. | CR-08-00869-F<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>[PROPOSED] ORDER |

Defendant and the government through their respective hereby agree and stipulate that sentencing in the above-entitled case, presently set for July 22, 2009, be continued to August 19, 2009 at 9:00 a.m.

The parties stipulate that the additional time is necessary for Mr. Miguel Angel Villa to review confidential Juvenile Court records in Santa Clara County Juvenile Court Case No. J 115476 to determine whether a juvenile conviction suffered by Mr. Villa counts as part of his criminal history. The juvenile conviction was not in the initial draft PSR and was added in the final PSR dated July 8, 2009. Review of the Juvenile Court file will require Mr. Villa to file a motion in the Juvenile Court for disclosure of the court file.

Stipulation to Continue Sentencing　　　　- 1 -
Hearing; Order

1    The Probation Officer and the Deputy Courtroom Clerk have advised undersigned
2 defense counsel that August 19, 2009 is a convenient date for sentencing.

3    So Stipulated.

5 Dated:  July 17, 2009

                                   LUPE MARTINEZ
6                                   Attorney for Miguel Angel Villa

7 Dated:  July 17, 2009

                                   GRANT P. FONDO
8                                   Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that sentencing in the above-entitled case is continued from July 22, 2009 is hereby continued to August 19, 2009 at 9:00 a.m.

Dated: July 20, 2009

                                   HONORABLE JEREMY FOGEL
                                   United States District Judge